**CBA Insurance Services, Inc**

1600 E Highway 6, Suite 404
Alvin, TX  77511
(281)979-4819
kyle_herring@bellsouth.net



# INVOICE

BILL TO
Friesell Westerlage PLLC
808 Travis Street, 24th Floor
Houston, Texas 77002

INVOICE # 3193
DATE 04/18/2016
DUE DATE 04/18/2016
TERMS  Due on receipt

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Consulting**<br>File Review & Estimate for Corrine Johnson v Safeco | 1 | 750.00 | 750.00 |

BALANCE DUE  $750.00