UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CORRINE MICHEL JOHNSON, and JONATHAN SHANE JOHNSON, § § § Plaintiffs, § § v. § § SAFECO INSURANCE COMPANY OF INDIANA, § § § § Defendant. § | CIVIL ACTION NO. 3:15-CV-1939-B |

# FINAL JUDGMENT

The Court held a bench trial in this case on August 28 and 29, 2017, and found for Defendant. After receiving supplemental proposed findings of fact and conclusions of law from Defendant, the Court entered its Findings of Fact and Conclusions of Law on October 5, 2017. Doc. 107.

It is therefore **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiffs take nothing by their suit against Defendant. **IT IS FURTHER ORDERED** that this action be **DISMISSED** with prejudice. The Clerk is directed to close this case.

SO ORDERED.

SIGNED: November 6, 2017.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE